# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2704 | **DATE** | 9/17/2009 |
| **CASE TITLE** | Fidelity Investments Life Insurance Company vs. Squire, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Defendant Denise Squire's motion for summary judgment [58] and Defendant Joe Vaccaro's motion for judgment on the pleadings [61] are stricken without prejudice. All dates remain unchanged.

■[ For further details see text below.]

Docketing to mail notices.

**STATEMENT**

This matter is before the court on Defendant Denise Squire's motion for summary judgment and Defendant Joe Vaccaro's motion for judgment on the pleadings. There is currently pending before the court a motion to intervene. Thus, the instant motions for summary judgment and judgment on the pleadings are premature since there might be other parties joining the case. Therefore, the instant motions are stricken without prejudice. After the court rules on the motion to intervene, the parties will be given discovery and/or dispositive motions deadlines, as appropriate. All dates remain unchanged.